```
ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY JOSEPH GARCIA,<br><br>Defendant. | CASE NO. 1:25-CR-00105-KES-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: August 27, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 27, 2025.

2. By this stipulation, defendant now moves to vacate the status conference, to schedule a motion hearing date before the Hon. Kirk E. Sherriff on December 15, 2025, and to exclude time between August 27, 2025, and December 15, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, audio recordings, and digital forensic data. The government is producing supplemental discovery in response to requests by counsel for the defendant.

      b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, review supplemental discovery, conduct investigation and research related to those charges, discuss potential motion practice, and discuss potential resolutions with her client.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2025 to December 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      The parties also request that the Court set a briefing schedule for any pre-trial motions to be filed no later than October 24, 2025, with any oppositions filed no later than November 18, 2025, and any replies filed no later than December 5, 2025. As requested above, the parties also request that the Court set the hearing date for any filed motions for December 15, 2025, before the Hon. Kirk E. Sherriff, whose chambers has confirmed the viability of this briefing and hearing schedule.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: August 19, 2025 | ERIC GRANT<br>United States Attorney |
| | /s/ CALVIN LEE<br>CALVIN LEE<br>Assistant United States Attorney |
| Dated: August 19, 2025 | /s/ Kara R. Ottervanger<br>Kara R. Ottervanger<br>Counsel for Defendant<br>HENRY JOSEPH GARCIA |

## ORDER

IT IS SO ORDERED that the status conference set for August 27, 2025, is vacated. A motion hearing is set for **December 15, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Any pre-trial motions to be filed no later than October 24, 2025, with any oppositions filed no later than November 18, 2025, and any replies filed no later than December 5, 2025. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **August 20, 2025**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE