ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HENRY JOSEPH GARCIA,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:25-CR-00105-KES-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 15, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a pretrial motion hearing on December 15, 2025.

2.　By this stipulation, defendant now moves to vacate the hearing, to schedule a motion hearing date before the Hon. Kirk E. Sherriff on March 9, 2026, and to exclude time between December 15, 2025, and March 9, 2026, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes investigative reports, photographs, audio recordings, and digital forensic data. The government is continuing to produce supplemental discovery in response to requests by counsel

for the defendant. Additionally, some produced discovery requires re-production to address technical issues with certain files and documents.

  b) Counsel for defendant desires additional time to consult with her client, to review the current charges, review supplemental discovery, conduct investigation and research related to those charges, discuss potential motion practice, and discuss potential resolutions with her client.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2025 to March 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. The parties also request that the Court vacate the previously set briefing schedule and set a new briefing schedule for any pre-trial motions to be filed no later than January 9, 2026, with any oppositions filed no later than February 6, 2026, and any replies filed no later than February 27, 2026. As requested above, the parties also request that the Court set the hearing date for any filed motions for March 9, 2026, before the Hon. Kirk E. Sherriff.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: October 22, 2025

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: October 22, 2025

/s/ Kara R. Ottervanger
Kara R. Ottervanger
Counsel for Defendant
HENRY JOSEPH GARCIA

## ORDER

Having considered the parties' stipulation, and finding good cause, the pre-trial motion filing deadline is continued to January 9, 2026, with any oppositions to be filed by February 6, 2026, and any replies filed by February 27, 2026. The motion hearing date is continued to March 9, 2026, at 10:30 a.m., in Courtroom 6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 15, 2025 to March 9, 2026, inclusive, is excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) & B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   October 22, 2025

_____
UNITED STATES DISTRICT JUDGE