HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA OTTERVANGER, Bar #354424
Assistant Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HENRY JOSEPH GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY JOSEPH GARCIA,<br><br>Defendant. | Case No. 1:25-cr-105-KES-EPG<br><br>**ORDER FOR RELEASE** |

On February 6, 2026, the government filed a motion to dismiss pursuant to Federal Rule of Criminal Procedure 48(a). In light of the government's motion, IT IS HEREBY ORDERED that defendant Henry Joseph Garcia (USMS No. 82052-511) shall be immediately released.

IT IS SO ORDERED.

Dated:   February 9, 2026   

_____
UNITED STATES DISTRICT JUDGE