ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>HENRY JOSEPH GARCIA,<br><br>                     Defendant. | CASE NO.  1:25-CR-00105-KES-EPG<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter.

Dated:  February 6, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:     February 9, 2026

UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND ORDER

1